UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SWALLOW | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:02CV2057(RNC) |
| v. | : |
| GATEWAY COMPANIES, INC. | : |
| a/k/a GATEWAY 2000 RETAIL, INC. | : |
| a/k/a GATEWAY 2000 COUNTRY | : |
| STORES, INC. | : |
| Defendant. | : OCTOBER 10, 2003 |

**MOTION ON CONSENT TO EXTEND TIME**

Pursuant to Local Rule 7(b), the defendant, Gateway, Inc. ("defendant") respectfully requests a thirty (30) day extension of time to complete plaintiff's expert's deposition. Specifically, defendant requests a 30 day extension of time to complete the deposition of plaintiff's expert witness, to and including October 30, 2003; and an extension of time for defendant to designate its expert witness(es), to and including November 17, 2003.

In support of its motion, the undersigned counsel for defendant represents as follows:

1. This extension of time is necessary because the plaintiff's expert testified at his deposition on September 17, 2003 that he had never seen the document request attached to his Notice of Deposition and, therefore, he did not bring all of the requested documents with him to the deposition.

1

2. Defendant needs time to review the new documents once disclosed, complete the plaintiff's deposition and to consider retaining an expert.

3. In the absence of the requested extension, the deadline for defendant to complete the deposition of plaintiff's expert would be September 29, 2003.

4. This limited extension of time will not effect the current discovery deadline of November 28, 2003.

5. Plaintiff's counsel has been contacted to ascertain this motion and to date he has not responded.

6. This is the defendant's first request for an extension of the expert deadlines. However, defendant had made one prior request to extend all pretrial deadlines.

WHEREFORE, defendant respectfully requests that its Motion on Consent to Extend Time be granted.

THE DEFENDANT
GATEWAY COMPANIES, INC.

By _/s/ Deborah Cannavino_
Deborah DeHart Cannavino  (CT 08144)
Tyler Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT  06901-2501
Tel. (203) 348-5555
Fax: (203) 348-3875
cannavino@tylercooper.com

Its Attorneys

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro-se parties of record this 9th day of October, 2003:

Paul Kachevsky  
60 Sleepy Hollow Drive  
Danbury, CT 06810

                                                _____  
                                                Deborah DeHart Cannavino