UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT SWALLOW

        Plaintiff,

v.

GATEWAY COMPANIES, INC.
a/k/a GATEWAY 2000 RETAIL, INC.
a/k/a GATEWAY 2000 COUNTRY
STORES, INC.

        Defendant.

CIVIL ACTION NO.
3:02CV2057(RNC)

OCTOBER 10, 2003

## MOTION ON CONSENT TO EXTEND TIME

Pursuant to Local Rule 7(b), the defendant, Gateway, Inc. ("defendant") respectfully requests a thirty (30) day extension of time to complete plaintiff's expert's deposition. Specifically, defendant requests a 30 day extension of time to complete the deposition of plaintiff's expert witness, to and including October 30, 2003; and an extension of time for defendant to designate its expert witness(es), to and including November 17, 2003.

In support of its motion, the undersigned counsel for defendant represents as follows:

1. This extension of time is necessary because the plaintiff's expert testified at his deposition on September 17, 2003 that he had never seen the document request attached to his Notice of Deposition and, therefore, he did not bring all of the requested documents with him to the deposition.

1