FILED

2003 OCT 30  P 1: 44

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SWALLOW | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : **3:02CV2057(RNC)** |
| v. | : |
| GATEWAY COMPANIES, INC. | : |
| a/k/a GATEWAY 2000 RETAIL, INC. | : |
| a/k/a GATEWAY 2000 COUNTRY | : |
| STORES, INC. | : |
| Defendant, | : OCTOBER 30, 2003 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the Appearance of the following as attorney for the defendant, Gateway Companies, Inc., a/k/a Gateway 2000 Retail, Inc., a/k/a Gateway 2000 Country Stores, Inc.:

> W. Joe Wilson (CT22292)
> Tyler Cooper & Alcorn, LLP
> 185 Asylum Street
> CityPlace/35th floor
> Hartford, CT 06103

THE DEFENDANT
GATEWAY COMPANIES, INC.

By /s/ W. Joe Wilson
W. Joe Wilson (CT22292)
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace/35th floor
Hartford, CT 06103
Tel. (860) 725-6200
Fax: (860) 278-3802
JWilson@tylercooper.com

Its Attorneys

2