HONORABLE **Chatigny**
DEPUTY CLERK _____
RPTR/PRO/TAPED **D. Warner**

TOTAL TIME: **1** hours ___ minutes

DATE **11-7-03**       START TIME **9:30**       END TIME **10:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Swallow**
vs.
**Gateway**

CIVIL NO. **3:02CV2057(RNC)**

**P. Kachevsky**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**D. Cannavino**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ **Telephone** (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stimthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ **#26** Motion **to Extend** ☑ granted ☐ denied ☐ advisement