UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -5  A 10: 51

U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| SCOTT SWALLOW | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02CV2057(RNC) |
| v. | : | |
| | : | |
| GATEWAY COMPANIES, INC. | : | |
| a/k/a GATEWAY 2000 RETAIL, INC. | : | |
| a/k/a GATEWAY 2000 COUNTRY | : | |
| STORES, INC. | : | |
| | : | |
| Defendant. | : | DECEMBER 4, 2003 |

## DEFENDANT'S MOTION ON CONSENT TO STAY PROCEEDINGS FOR SETTLEMENT CONFERENCE

In accordance with the Court's Conference on November 7, 2003, defendant Gateway, Inc. ("defendant"), with the consent of plaintiff Scott Swallow ("plaintiff"), respectfully requests that the Court stay the proceedings until thirty (30) days after the settlement conference in this matter.

In support of this Motion, the undersigned counsel for defendant submits the following:

1.  On November 7, 2003, at a conference in this matter, the Court mentioned the option of referral to a Magistrate Judge for a settlement conference, if the parties so requested.

2.  At that time, the Court stated that the discovery proceedings could be stayed to allow the parties the opportunity to attend such a settlement conference.

3.      Thereafter, the parties jointly reported their willingness to attend a settlement

conference, and on November 13, 2003, the Court referred the case to Magistrate

Judge Donna Martinez to conduct a settlement conference.

4.      Currently, discovery is not yet completed.  Defendant still has to complete the

deposition of plaintiff's expert witness, designate its own expert witness,

complete the plaintiff's deposition and conduct follow up discovery.

5.      Therefore, the defendant requests that all deadlines in the scheduling order be

stayed in this matter until thirty (30) days after the settlement conference is

completed.


THE DEFENDANT
GATEWAY COMPANIES, INC.


By_____
Deborah DeHart Cannavino  (CT 08144)
Tyler Cooper & Alcorn, LLP
One Landmark Square
Stamford, CT  06901-2501
Tel. (203) 348-5555
Fax: (203) 348-3875
cannavino@tylercooper.com

Its Attorneys

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to all counsel and pro-se parties of record this 4th day of December, 2003:

Paul Kachevsky
81 Coalpit Hill Road
Unit E
Danbury, CT 06810

_Debbi Conna_

Deborah DeHart Cannavino

3