UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT SWALLOW

        Plaintiff,

v.

GATEWAY COMPANIES, INC.
a/k/a GATEWAY 2000 RETAIL, INC.
a/k/a GATEWAY 2000 COUNTRY
STORES, INC.

        Defendant.

CIVIL ACTION NO.
3:02CV2057(RNC)

DECEMBER 4, 2003

### DEFENDANT'S MOTION ON CONSENT TO STAY PROCEEDINGS FOR SETTLEMENT CONFERENCE

In accordance with the Court's Conference on November 7, 2003, defendant Gateway, Inc. ("defendant"), with the consent of plaintiff Scott Swallow ("plaintiff"), respectfully requests that the Court stay the proceedings until thirty (30) days after the settlement conference in this matter.

In support of this Motion, the undersigned counsel for defendant submits the following:

1. On November 7, 2003, at a conference in this matter, the Court mentioned the option of referral to a Magistrate Judge for a settlement conference, if the parties so requested.

2. At that time, the Court stated that the discovery proceedings could be stayed to allow the parties the opportunity to attend such a settlement conference.