UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

January 23, 2004

11:00 a.m.

CASE NO. **3:02CV2057 (RNC)**    **Swallow v. Gateway Companies, Inc.**

COUNSEL OF RECORD:

Deborah DeHart Cannavino          Tyler, Cooper & Alcorn
                                  Two Landmark Sq., Suite 214
                                  Stamford, CT 06901
                                  203-348-5555
                                  203-348-3875 (fax)
                                  cannavino@tylercooper.com

Paul Kachevsky                    81 Coalpit Hill Road, Unit E
                                  Danbury, CT 06810
                                  203-545-8527

George E. O'Brien, Jr.            Tyler, Cooper & Alcorn
                                  205 Church St., Po Box 1936
                                  New Haven, CT 06509-1910
                                  203-784-8200

W. Joe Wilson                     Tyler Cooper & Alcorn
                                  Cityplace-35Th Floor
                                  Hartford, CT 06103-3488
                                  860-725-6211
                                  860-278-3802 (fax)
                                  jwilson@tylercooper.com

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK