UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************************
SCOTT SWALLOW,                  *   CIVIL ACTION NO.
                                *   3:02CV2057(RNC)
                Plaintiff,      *
                                *
        v.                      *
                                *
GATEWAY COMPANIES, INC.         *
a/k/a GATEWAY 2000 RETAIL, INC. *
a/k/a GATEWAY 2000 COUNTRY      *   February 24, 2004
STORES, INC.                    *
                                *
                Defendant,      *
*******************************
```

## MOTION ON CONSENT TO EXTEND TIME

Pursuant to Local Rule 7(b), Scott Swallow ("plaintiff") respectfully requests a seven (7) day extension of time to complete settlement discussions. More specifically, the plaintiff requests a 7 day extension of time to complete the settlement agreement, to and including March 4, 2004.

In support of this motion, the undersigned counsel for plaintiff represents as follows:

1. Plaintiff and defendant agreed to settle the above captioned matter in full on January 26, 2004.

*February 25, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.*

2. At that time the Court entered an order administratively closing the matter without prejudice to reopening on or before February 26, 2004.

3. Since January 26, 2004, counsel for the parties have endeavored to work out the terms of a mutually agreeable settlement agreement.

4. Defense counsel has needed to discuss many aspects of the settlement agreement with their client. As the client's in-house counsel is located in California, this has resulted in delay's in obtaining answers to questions related to the terms of the settlement agreement.

5. Plaintiff's counsel feels the parties are very close to fully resolving the remaining issues on the settlement agreement, but will then need time for the parties to execute the agreement.

6. Plaintiff's counsel has contacted defendant's attorney and she has consented to this request for an extension of time.

7. This is plaintiff's first request for an extension of time related to the settlement.

WHEREFORE, based on the foregoing, plaintiff respectfully requests that its Motion for an Extension of Time be granted.

Paul Kachevsky
Attorneys for Plaintiff

BY: _____
Paul Kachevsky (CT23756)
60 Sleepy Hollow Drive
Danbury, CT 06810
Telephone: (203) 792-9074
Lawyer66@hotmail.com

## CERTIFICATION

    I hereby certify that copies of the foregoing was mailed, postage prepaid, to all counsel and pro-se parties of record this 24th day of February, 2004.

Deborah DeHart Cannavino (CT08144)
TYLER COOPER & ALCORN, LLP
1 Landmark Square, 19th Floor
Stamford, CT 06901

                                Paul Kachevsky
                                Attorneys for Plaintiff

                                BY: /s/ Paul Kachevsky
                                Paul Kachevsky (CT23756)
                                60 Sleepy Hollow Drive
                                Danbury, CT 06810
                                Telephone: (203) 792-9074
                                Lawyer66@hotmail.com

Dated: February 24, 2004