UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************************
SCOTT SWALLOW,                    *   CIVIL ACTION NO.
                                  *   3:02CV2057(RNC)
            Plaintiff,            *
                                  *
      v.                          *
                                  *
GATEWAY COMPANIES, INC.           *
a/k/a GATEWAY 2000 RETAIL, INC.   *
a/k/a GATEWAY 2000 COUNTRY        *   February 24, 2004
STORES, INC.                      *
                                  *
            Defendant,             *
*******************************
```

### MOTION ON CONSENT TO EXTEND TIME

Pursuant to Local Rule 7(b), Scott Swallow ("plaintiff") respectfully requests a seven (7) day extension of time to complete settlement discussions. More specifically, the plaintiff requests a 7 day extension of time to complete the settlement agreement, to and including March 4, 2004.

In support of this motion, the undersigned counsel for plaintiff represents as follows:

1. Plaintiff and defendant agreed to settle the above captioned matter in full on January 26, 2004.

*February 25, 2004. Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*