UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAR -3 A 11: 14
U.S. DISTRICT COURT
HARTFORD, CT.

```
*****************************
SCOTT SWALLOW,                *    CIVIL ACTION NO.
                              *    3:02CV2057(RNC)
              Plaintiff,      *
                              *
        v.                    *
                              *
GATEWAY COMPANIES, INC.       *
a/k/a GATEWAY 2000 RETAIL, INC. *
a/k/a GATEWAY 2000 COUNTRY    *    March 2, 2004
STORES, INC.                  *
                              *
              Defendant,      *
*****************************
```

### MOTION ON CONSENT TO EXTEND TIME

Pursuant to Local Rule 7(b), Scott Swallow ("plaintiff") respectfully requests a fourteen (14) day extension of time to complete settlement discussions. More specifically, the plaintiff requests a 14 day extension of time to complete the settlement agreement, to and including March 18, 2004.

In support of this motion, the undersigned counsel for plaintiff represents as follows:

1. Plaintiff and defendant agreed to settle the above captioned matter in full on January 26, 2004.

*Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*
March    , 2004.

FILED
2004 MAR -4 P 2:21
U.S. DISTRICT COURT
HARTFORD, CT.