UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

March 11, 2004

1:30 p.m.

CASE NO. **3:02CV2057 (RNC)**     Swallow v. Gateway, Inc.

COUNSEL OF RECORD:

| | |
|---|---|
| Deborah DeHart Cannavino | Tyler, Cooper & Alcorn<br>Two Landmark Sq., Suite 214<br>Stamford, CT 06901<br>203-348-5555<br>203-348-3875 (fax)<br>cannavino@tylercooper.com |
| Paul Kachevsky | 81 Coalpit Hill Road, Unit E<br>Danbury, CT 06810<br>203-545-8527 |
| George E. O'Brien, Jr. | Tyler, Cooper & Alcorn<br>205 Church St., Po Box 1936<br>New Haven, CT 06509-1910<br>203-784-8200 |
| W. Joe Wilson | Tyler Cooper & Alcorn<br>Cityplace-35Th Floor<br>Hartford, CT 06103-3488<br>860-725-6211<br>860-278-3802 (fax)<br>jwilson@tylercooper.com |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*[Handwritten annotation in margin: "Held 1 hour" with checkmarks next to Deborah DeHart Cannavino and Paul Kachevsky]*