UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
SCOTT SWALLOW,                          *    CIVIL ACTION NO.
                                        *    3:02CV2057(RNC)
            Plaintiff,                  *
                                        *
       v.                               *
                                        *
GATEWAY COMPANIES, INC.                 *
a/k/a GATEWAY 2000 RETAIL, INC.         *
a/k/a GATEWAY 2000 COUNTRY              *    March 25, 2004
STORES, INC.                            *
                                        *
            Defendant,                  *
*******************************

## MOTION ON CONSENT TO EXTEND TIME
### Filed NUNC PRO TUNC

Pursuant to Local Rule 7(b), Scott Swallow ("plaintiff") respectfully requests a twenty eight (28) day extension of time to complete the settlement agreement. More specifically, the plaintiff requests a 28 day extension of time to complete the settlement agreement, to and including April 22, 2004.

In support of this motion, the undersigned counsel for plaintiff represents as follows:

   1. Plaintiff and defendant agreed to settle the above captioned matter in full on January 26, 2004.

2. At that time the Court entered an order administratively closing the matter without prejudice to reopening on or before February 26, 2004.

3. On February 25th, 2004, the Court granted a 7 day extension of time to complete negotiations on the settlement agreement.

4. Since January 26, 2004, counsel for the parties have endeavored to work out the terms of a mutually agreeable settlement agreement.

5. On March 11, 2004 the parties conducted a telephone conference with Magistrate Martinez in an effort to resolve several outstanding issues. On that date the parties fully and finally agreed to all terms of the settlement agreement.

6. Plaintiff signed his copy of the settlement agreement on March 14, 2004. On March 15, 2004 the executed settlement agreement was forwarded to defense counsel for her clients' signature.

7. On March 17, 2004 Defendant executed the settlement agreement.

8. On March 17, 2004 the plaintiff sent via Federal Express a request for extension of time on

consent, which was received by the Court on March 18, 2004 at 10:57 am, and which was signed for by M. Mony (see exhibit A).

9. On March 25, 2004, plaintiff's counsel had been notified that the matter had been administratively dismissed as the Court did not receive plaintiff March 17, 2004 request for extension of time on consent.

10. Plaintiff's counsel has contacted defendant's attorney and she has consented to this request for an extension of time.

11. This is plaintiff's third request for an extension of time related to the settlement.

WHEREFORE, based on the foregoing, plaintiff respectfully requests that its Motion for an Extension of Time be granted.

Paul Kachevsky
Attorneys for Plaintiff

BY: _____
Paul Kachevsky (CT23756)
60 Sleepy Hollow Drive
Danbury, CT 06810
Telephone: (203) 792-9074
Lawyer66@hotmail.com

## CERTIFICATION

I hereby certify that copies of the foregoing was mailed, postage prepaid, to all counsel and pro-se parties of record this 25th day of March, 2004.

Deborah DeHart Cannavino (CT08144)
TYLER COOPER & ALCORN, LLP
1 Landmark Square, 19th Floor
Stamford, CT 06901

                                      Paul Kachevsky
                                      Attorneys for Plaintiff

                                      BY: _____
                                      Paul Kachevsky (CT23756)
                                      60 Sleepy Hollow Drive
                                      Danbury, CT 06810
                                      Telephone: (203) 792-9074
                                      Lawyer66@hotmail.com

Dated: March 25, 2004

Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************************
SCOTT SWALLOW,                    *   CIVIL ACTION NO.
                                  *   3:02CV2057(RNC)
          Plaintiff,              *
                                  *
     v.                           *
                                  *
GATEWAY COMPANIES, INC.           *
a/k/a GATEWAY 2000 RETAIL, INC.   *
a/k/a GATEWAY 2000 COUNTRY        *
STORES, INC.                      *   March 17, 2004
                                  *
                                  *
          Defendant,              *
*******************************
```

## MOTION ON CONSENT TO EXTEND TIME

Pursuant to Local Rule 7(b), Scott Swallow ("plaintiff") respectfully requests a seven (7) day extension of time to complete the settlement agreement. More specifically, the plaintiff requests a 7 day extension of time to complete the settlement agreement, to and including March 25, 2004.

In support of this motion, the undersigned counsel for plaintiff represents as follows:

1. Plaintiff and defendant agreed to settle the above captioned matter in full on January 26, 2004.

2. At that time the Court entered an order administratively closing the matter without prejudice to reopening on or before February 26, 2004.

3. On February 25th, 2004, the Court granted a 7 day extension of time to complete negotiations on the settlement agreement.

4. Since January 26, 2004, counsel for the parties have endeavored to work out the terms of a mutually agreeable settlement agreement.

5. On March 11, 2004 the parties conducted a telephone conference with Magistrate Martinez in an effort to resolve several outstanding issues. On that date the parties fully and finally agreed to all terms of the settlement agreement.

6. Plaintiff signed his copy of the settlement agreement on March 14, 2004. On March 15, 2004 the executed settlement agreement was forwarded to defense counsel for her clients' signature.

7. On March 17, 2004 Plaintiffs' counsel spoke to defense counsel who stated that the defendant had the agreement but that it had not yet been executed.

8. Plaintiff's counsel has contacted defendant's attorney and she has consented to this request for an extension of time.

9. This is plaintiff's third request for an extension of time related to the settlement.

WHEREFORE, based on the foregoing, plaintiff respectfully requests that its Motion for an Extension of Time be granted.

Paul Kachevsky
Attorneys for Plaintiff

BY: /s/ Paul Kachevsky
Paul Kachevsky (CT23756)
60 Sleepy Hollow Drive
Danbury, CT 06810
Telephone: (203) 792-9074
Lawyer66@hotmail.com

## CERTIFICATION

    I hereby certify that copies of the foregoing was mailed, postage prepaid, to all counsel and pro-se parties of record this 17th day of March, 2004.

Deborah DeHart Cannavino (CT08144)
TYLER COOPER & ALCORN, LLP
1 Landmark Square, 19th Floor
Stamford, CT 06901

                              Paul Kachevsky
                              Attorneys for Plaintiff

                              BY: _/s/ Paul Kachevsky_
                              Paul Kachevsky (CT23756)
                              60 Sleepy Hollow Drive
                              Danbury, CT 06810
                              Telephone: (203) 792-9074
                              Lawyer66@hotmail.com

Dated: March 17, 2004

**FedEx Express USA Airbill**   FedEx Tracking Number: 8464 2642 0497

Sender's Copy   0215

**1 From**
Date: 3/17/04
Sender's FedEx Account Number: 2662-5444-0
Sender's Name: Paul Kuchevsky
Phone: (973) 218-1111
Company: BOIES, SCHILLER & FLEXNER, LLP
Address: 150 JOHN F KENNEDY PKWY FL 4
City: SHORT HILLS   State: NJ   ZIP: 07078-2703

**2 Your Internal Billing Reference:** Kuchevsky

**3 To**
Recipient's Name: Hon R.W. Chatigny
Phone: (860) 240-3659
Company: U.S. District Court
Address: 450 Main Street
City: Hartford   State: CT   ZIP: 06103

**4a Express Package Service**
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope*
☐ FedEx Pak*
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location
Does this shipment contain dangerous goods?
☒ No
☐ Yes As per attached Shipper's Declaration
☐ Yes Shipper's Declaration not required
☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment  Bill to:**
☒ Sender
☐ Recipient
☐ Third Party
☐ Credit Card
☐ Cash/Check

Total Packages   Total Weight   Total Declared Value: $   .00

**8 Release Signature**

447

0273392787

# FedEx

United States Home | Information Center | Customer Supp

Search

Package / Envelope Services | Freight Services | Same Day Services
Ship | Track | Rates | Pickup | Locations | Transit Time | Internation

## Track Shipments
## Detailed Results

Printable Version    Quick Help

You can also track:
- By Alternate
- By Email
- TCN (Gov't

| | |
|---|---|
| Tracking number | 846426420497 |
| Signed for by | M.MONY |
| Ship date | Mar 17, 2004 |
| Delivery date/time | Mar 18, 2004 10:57 am |

| | |
|---|---|
| Reference number | KACHEVSKY |
| Delivered to | Recept/Frnt desk |
| Delivery location | HARTFORD CT |
| Service type | Priority Envelope |

Track other FedEx
- FedEx Cust shipments
- FedEx Trac shipments
- Internationa

| Date/time | | Status | Location | Comments |
|---|---|---|---|---|
| Mar 18, 2004 | 10:57 am | Delivered | HARTFORD CT | |
| | 10:01 am | Delivery attempt | HARTFORD CT | Recipient location security delay. Delivery will be reattempted. |
| | 8:17 am | On FedEx vehicle for delivery | WINDSOR LOCKS CT | |
| | 7:32 am | Arrived at FedEx Destination Location | WINDSOR LOCKS CT | |
| Mar 17, 2004 | 10:27 pm | Arrived at Sort Facility | NEWARK NJ | |
| | 9:45 pm | Left FedEx Origin Location | EAST HANOVER NJ | |
| | 8:16 pm | Picked up by FedEx | EAST HANOVER NJ | |

Wrong Address?
Reduce future mistal
FedEx Address Che

Shipping Freight?
FedEx has LTL, air surface and air exp multi piece packag and ocean freight.

[Signature proof]   [Track more shipments]

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

From [    ]
To [    ]

Add a message to this email.

[Send email]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy

This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2004 FedEx

http://www.fedex.com/cgi-bin/tracking                                3/25/2004