UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*******************************
SCOTT SWALLOW,                   *   CIVIL ACTION NO.
                                 *   3:02CV2057(RNC)
            Plaintiff,           *
                                 *
      v.                         *
                                 *
GATEWAY COMPANIES, INC.          *
a/k/a GATEWAY 2000 RETAIL, INC.  *
a/k/a GATEWAY 2000 COUNTRY       *   March 25, 2004
STORES, INC.                     *
                                 *
            Defendant,           *
*******************************
```

**MOTION ON CONSENT TO EXTEND TIME**
**Filed NUNC PRO TUNC**

Pursuant to Local Rule 7(b), Scott Swallow ("plaintiff") respectfully requests a twenty eight (28) day extension of time to complete the settlement agreement. More specifically, the plaintiff requests a 28 day extension of time to complete the settlement agreement, to and including April 22, 2004.

In support of this motion, the undersigned counsel for plaintiff represents as follows:

1. Plaintiff and defendant agreed to settle the above captioned matter in full on January 26, 2004.

*March 26, 2004. Granted. So ordered. Robert N. Chatigny, U.S.D.J.*