UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SWALLOW : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:02CV2057(RNC) |
| v. : | |
| : | |
| GATEWAY COMPANIES, INC. : | |
| a/k/a GATEWAY 2000 RETAIL, INC. : | |
| a/k/a GATEWAY 2000 COUNTRY : | |
| STORES, INC. : | |
| : | |
| Defendant, : | APRIL 21, 2004 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and the Local Rules for this Court, Plaintiff Scott Swallow and Defendant Gateway Companies, Inc., a/k/a Gateway 2000 Retail, Inc., a/k/a Gateway 2000 Country Stores, Inc., through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of this action, and without attorneys' fees or costs awarded to either party.

PLAINTIFF
SCOTT SWALLOW

By: /s/ Paul Kachevsky
Paul Kachevsky (CT 23756)
60 Sleepy Hollow Drive
Danbury, CT 06810
Telephone: 203-792-9074
Email: lawyer66@hotmail.com

DEFENDANT
GATEWAY COMPANIES, INC.

By: /s/ Deborah Cannavino
Deborah DeHart Cannavino (CT08144)
Tyler Cooper & Alcorn, LLP
2 Landmark Square, Suite 214
Stamford, CT 06901-2501
Telephone: 203-348-5555
Facsimile: 203-348-3875
Email: cannavino@tylercooper.com

## CERTIFICATION

This is to certify that a copy of the foregoing Stipulation for Dismissal with Prejudice was served by first class U.S. mail on the 21ST day of April, 2004 on the following:

Paul Kachevsky
60 Sleepy Hollow Drive
Danbury, CT 06810

_Deborah Cannavino_
Deborah DeHart Cannavino