d
#44

FILED
2004 APR 22 A 11:09

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SWALLOW | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 3:02CV2057(RNC) |
| | : |
| GATEWAY COMPANIES, INC. | : |
| a/k/a GATEWAY 2000 RETAIL, INC. | : |
| a/k/a GATEWAY 2000 COUNTRY | : |
| STORES, INC. | : |
| | : |
| Defendant, | : APRIL 21, 2004 |

April 23, 2004. Approved. So ordered.
/s/ Robert N. Chatigny, U.S.D.J.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and the Local Rules for this Court, Plaintiff Scott Swallow and Defendant Gateway Companies, Inc., a/k/a Gateway 2000 Retail, Inc., a/k/a Gateway 2000 Country Stores, Inc., through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of this action, and without attorneys' fees or costs awarded to either party.

FILED
2004 APR 23 P 12:24
U.S. DISTRICT COURT
HARTFORD, CT